## ENGLISH v. RICHARDSON, *County Treasurer.*

### No. 1761.  Opinion Filed March 21, 1911.

### (114 Pac. 710.)

TAXATION—**Property Subject—Lands of Indians.**  Section 4 of an act of Congress of May 27, 1908, c. 199, 35 Stat. 312, 313, entitled "An act for the removal of restrictions from part of the lands of allottees of the Five Civilized Tribes, and for other purposes," is valid, and, under and by virtue thereof the lands of all allottees of the Five Civilized Tribes of Indians, from which restrictions have been or shall be removed, are subject to taxation under the general laws of the state equally with the property of all other persons.

Kane J, dissenting.

(Syllabus by the Court.)

*Error from District Court, Tulsa, County; L. M. Poe, Judge.*

Action by Bessie Brown English against H. T. Richardson, County Treasurer.  Judgment for defendant, and plaintiff brings error.  Affirmed.

*W. L. Sturdevant* and *Grant Foreman*, for plaintiff in error.

*Charles West*, Atty. Gen., and *Charles L. Moore*, Asst. Atty. Gen., for defendant in error.

DUNN, J.  The above-entitled cause presents error from the district court of Tulsa county.

The issues presented are identical in all respects with those of the case of *Gleason v. Wood, ante,* 114 Pac. 703, except as the same are applicable to the allottees of the Creek or Muskogee Tribe of Indians, and the opinion of the court in that case is adopted and promulgated as the opinion in this case.

The judgment·of the trial court sustaining a demurrer to the petition is accordingly affirmed.

TURNER, C. J., and HAYES and WILLIAMS, JJ., concur; KANE, J., dissents.